UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 26 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANSELMO PUYICATLA-VENTURA,<br><br>Defendant. | No.<br><br>4:25CR89-JAR/PLC |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 23, 2025, in the Eastern District of Missouri, the defendant,

**ANSELMO PUYICATLA-VENTURA,**

an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
PHILLIP J. VOSS, #6317069(IL)
Assistant United States Attorney